KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUEPING WANG,<br>YISHA WANG,<br><br>          Plaintiffs,<br><br>   v.<br><br>EMILIO T. GONZALEZ, as Director of the<br>United States Citizenship and Immigration<br>Services,<br><br>          Defendant. | No. C 06-7540 MMC<br><br>**STIPULATION TO EXTEND DATES;<br>ORDER THEREON** |

    Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about December 8, 2006, and Defendant's response is due on February 12, 2007.

    2. Pursuant to this Court's December 8, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on March 9, 2007, and attend a case management conference on March 16, 2007.

    3. In order to allow sufficient time for Defendant USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C06-7540 MMC                                            1

| | | |
|---|---|---|
| 1 | Last day for Defendant to file an Answer | March 9, 2007 |
| 2 | Last day to file Joint ADR Certification | March 30, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | April 13, 2007 |
| 4 | Case Management Conference: | April 20, 2007 at 10:30 a.m. |

Dated: February 12, 2007             Respectfully submitted,

KEVIN V. RYAN
United States Attorney


                                           /s/
                                     ILA C. DEISS
                                     Assistant United States Attorney
                                     Attorney for Defendant


Dated: February 9, 2007                    /s/
                                     DANIEL T. HUANG
                                     Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 13, 2007              MAXINE M. CHESNEY
                                     United States District Judge

Stipulation to Extend Dates
C06-7540 MMC                                  2