| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUEPING WANG, YISHA WANG, | ) No. C 06-7540 MMC |
| Plaintiffs, | ) |
| v. | ) **STIPULATION TO DISMISS PLAINTIFF YISHA WANG AND SECOND REQUEST TO EXTEND DATES FOR PLAINTIFF YUEPING WANG; ORDER THEREON** |
| EMILIO T. GONZALEZ, as Director of the United States Citizenship and Immigration Services, | ) |
| Defendant. | ) |

Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Yisha Wang's background has been completed and the parties agree to dismissal of the Plaintiff Yisha Wang without prejudice because the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization, and agrees to do so within 14 days of her dismissal from this action. *See* 8 U.S.C. § 1447(b).

2. Plaintiff Yueping Wang's naturalization application remains pending for the FBI name check.

3. In order to allow sufficient time for Defendant USCIS to complete adjudication and/or consider an alternative resolution to Plaintiff Yueping Wang's case, the parties hereby respectfully

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | April 13, 2007 |
| Last day to file Joint ADR Certification | May 4, 2007 |
| Last day to file/serve Joint Case Management Statement: | May 18, 2007 |
| Case Management Conference: | May 25, 2007 at 10:30 a.m. |

Dated: March 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendant

Dated: March 6, 2007

_____/s/_____
DANIEL T. HUANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 9, 2007

MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss Plaintiff and to Extend Dates
C06-7540 MMC                                2