1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 YUEPING WANG,                        )
                                        ) No. C 06-7540 MMC
13              Plaintiff,              )
                                        )
14         v.                           )
                                        ) **STIPULATION TO DISMISS and**
15 EMILIO T. GONZALEZ, as Director of the ) [PROPOSED] **ORDER**
   United States Citizenship and Immigration )
16 Services,                            )
                                        )
17              Defendant.              )
   _____  )
18

19     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action without prejudice because the United States Citizenship and Immigration Services is now

22 prepared to adjudicate Yueping Wang's application for naturalization, and agree to adjudicate such

23 application within 14 days of the dismissal of this action.[1]

24     Each of the parties shall bear their own costs and fees.

25 ///

26 _____

27   [1]On March 9, 2007, the Court already dismissed, pursuant to stipulation, Plaintiff Yisha
   Wang.
28

Stipulation to Dismiss
C06-7540 MMC                                    1

|  |  |
|---|---|
| Dated: March 12, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendant |
| Dated: March 12, 2007 | _____/s/_____<br>DANIEL T. HUANG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  March 14, 2007                                    _____
MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C06-7540 MMC                                     2